UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDDIE FAIR, | ) | Case No.  1:05CV1189 |
| | ) | |
| Plaintiff(s), | ) | Magistrate Judge Kenneth S. McHargh |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant(s). | ) | <u>JUDGMENT ENTRY</u> |

McHARGH, MAG. J.

Pursuant to the Court's Memorandum Opinion filed April 12, 2006, the Court grants defendant State Farm Fire and Casualty Company's motion for summary judgment.

IT IS SO ORDERED.

*s/Kenneth S. McHargh*
United States Magistrate Judge

DATED:  <u>April 12, 2006</u>